# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CORTEZ D. RICHARDSON and LARRY R. WETZEL,** ) ) ) | |
| **Plaintiffs,** ) ) | |
| ) | **CIVIL NO. 10-cv-003-DRH** |
| **vs.** ) ) | |
| **JOHN BARICIVIC and JAMES FULD,** ) ) | |
| **Defendants.** ) | |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A.  The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed on the merits.  Dismissal is with prejudice.  Judgment is entered in favor of Defendants and against Plaintiffs.  Plaintiffs shall take nothing from this action.

July 22, 2010                                    By:   /s/      DavidRHerndon
*Date*                                                    *Chief Judge*